[NOT FOR PUBLICATION IN WESLAW OR LEXIS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/8/10

GREGORY MATHIS,              :

        Petitioner,      :          09 Civ. 10282 (JSR) (AJP)

    -against-              :          **REPORT AND RECOMMENDATION**

U.S.A.,                      :

        Respondent.      :

------------------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

**To the Honorable Jed S. Rakoff, United States District Judge:**

       By Order dated December 30, 2009, Judge Rakoff instructed petitioner Mathis, among other things, that: "If petitioner fails to comply with this order within the time allowed [60 days], the instant motion shall be dismissed as time-barred." (Dkt. No. 3: 12/30/09 Order.) Mathis has not responded and over sixty (60) days have passed. Accordingly, Mathis' petition should be dismissed.

### FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION

       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be

H:\OPIN\

2

filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Jed S. Rakoff, 500 Pearl Street, Room 1340, and to my chambers, 500 Pearl Street, Room 1370. Any requests for an extension of time for filing objections must be directed to Judge Rakoff (with a courtesy copy to my chambers). Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993), cert. denied, 513 U.S. 822, 115 S. Ct. 86 (1994); Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038, 113 S. Ct. 825 (1992); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); Wesolek v. Canadair Ltd., 838 F.2d 55, 57-59 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Dated:      New York, New York
            March 8, 2010

Respectfully submitted,

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies to:  Gregory Mathis
            Judge Jed S. Rakoff

H:\OPIN\